UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-287-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| ISHMAEL AVIV SANTIAGO, | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk of Court provide a signed copy of this Order to Seal to Attorney for Defendant, Leza Driscoll and Attorney for the Government, Rudy Renfer.

This the 20 day of April, 2012.

_____
TERRENCE BOYLE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA